# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Opperman, Daniel S. | Bankruptcy Eastern District MI | 05/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

111 First Street
Bay City, Michigan 48708

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors Member | Midland Center for the Arts |
| 2. | Board Member | College of Arts and Sciences, Eastern Michigan University |
| 3. | Member | Bankruptcy Appellate Panel |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | The Dow Chemical Company - Salary and Bonus; Severance Benefits |
| 2. | 2013 | The Dow Chemical Company - Pension |
| 3. | 2013 | Opperman Consulting LLC - Earnings |
| 4. | 2013 | Orrick, Herrington & Satcliffe, L.L.P. - Consultant Fees |
| 5. | 2013 | Isabella Bank Corporation - Director Fees |
| 6. | 2013 | West Wing Writers - Consultant Fees |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institue - Nuts & Bolts | 05/16/13 | Detroit, MI | Seminar | Transportation |
| 2. | American Bankruptcy Institute | 06/13/13 - 06/15/13 | Traverse City, MI | Seminar | Transportation and Lodging |
| 3. | Federal Bar Association | 07/26/13 - 07/27/13 | Traverse City, MI | Seminar | Transportation and Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Opperman, Daniel S.** | 05/08/2014 |

| 4. | American Bankruptcy Institute Veteran's Day Consumer Conference | 11/11/13 | Detroit, MI | Seminar | Transportation |
|---|---|---|---|---|---|
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Accounts "(H)" | | | | | | | | | |
| 2. First Merit Bank f/k/a Citizens Bank | A | Interest | K | T | | | | | |
| 3. Comerica Bank | A | Interest | K | T | | | | | |
| 4. Dow Chemical Credit Union | B | Interest | M | T | | | | | |
| 5. Members First Credit Union | B | Interest | K | T | | | | | |
| 6. Members First Credit Union | B | Interest | J | T | | | | | |
| 7. Members First Credit Union | B | Interest | J | T | | | | | |
| 8. E-Trade | A | Interest | L | T | | | | | |
| 9. Merrill Lynch | A | Interest | J | T | | | | | |
| 10. Raymond James | A | Interest | J | T | | | | | |
| 11. Certificates of Deposit "(H)" | | | | | | | | | |
| 12. Members First Credit Union | B | Interest | L | T | | | | | |
| 13. Dow Chemical Credit Union | B | Interest | L | T | | | | | |
| 14. Municipal Bonds "(H)" | | | | | | | | | |
| 15. CLARKSTON MI Cmnty Schls | B | Interest | K | T | | | | | |
| 16. FLORIDA ST GO ULT | A | Interest | K | T | | | | | |
| 17. GEORGIA ST GO ULT | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LOUISIANA ST GO ULT BONDS | A | Interest | K | T | | | | | |
| 19. MARYLAND ST GO ULT | B | Interest | L | T | Sold (part) | 03/21/13 | K | B | |
| 20. MICHIGAN Drinking Wtr. Rev. | A | Interest | K | T | | | | | |
| 21. Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 22. Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 23. MICHIGAN ST Trunk Line | B | Interest | K | T | | | | | |
| 24. MINNESOTA ST GO ULT | B | Interest | K | T | | | | | |
| 25. NEW JERSEY ST GO ULT | B | Interest | J | T | | | | | |
| 26. NEW MEXICO ST GO ULT | A | Interest | K | T | Buy | 03/20/13 | K | | |
| 27. OAKLAND CNTY MI | A | Interest | K | T | | | | | |
| 28. OHIO ST GO ULT | B | Interest | L | T | | | | | |
| 29. OREGON ST GO ULT | B | Interest | K | T | | | | | |
| 30. TEXAS ST GO ULT | B | Interest | K | T | | | | | |
| 31. Treasury Bills | A | Interest | N | T | | | | | |
| 32. WASHINGTON ST GO ULT | C | Interest | L | T | | | | | |
| 33. Real Estate "(H)" | | | | | | | | | |
| 34. Farmland, Millington, Michigan Acquired 04/13/89 for $70,000 | | None | L | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Life Insurance "(H)" | | | | | | | | | |
| 36. Farm Bureau Life Insurance | A | Interest | K | T | | | | | |
| 37. Stock and Certificates Held as Tenants By Entirety "(H)" | | | | | | | | | |
| 38. ATMOS Energy | A | Dividend | J | T | | | | | |
| 39. BP PLC | A | Dividend | K | T | | | | | |
| 40. Citizens Communications | A | Dividend | J | T | | | | | |
| 41. Chevron Corporation | B | Dividend | J | T | | | | | |
| 42. CMS Energy | A | Dividend | J | T | | | | | |
| 43. The Dow Chemical Company | D | Dividend | L | T | | | | | |
| 44. Great Plains Energy | A | Interest | J | T | | | | | |
| 45. Highwoods Property | A | Dividend | J | T | | | | | |
| 46. News Corp | A | Dividend | J | T | | | | | |
| 47. 20th Century Fox | A | Dividend | J | T | Spinoff (from line 46) | 07/01/13 | J | | |
| 48. Northwestern Corp | A | Dividend | J | T | | | | | |
| 49. XCEL Energy | A | Dividend | J | T | | | | | |
| 50. Stocks and Certificates "(H)" | | | | | | | | | |
| 51. The Dow Chemical Company | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Van Kampen Municipal Trust | A | Interest | J | T | | | | | |
| 53. Restricted Stock - The Dow Chemical Company | | None | M | T | | | | | |
| 54. Restricted Stock - Isabella Bank Corporation | A | Dividend | J | T | | | | | |
| 55. Stock Options "(H)" | | | | | | | | | |
| 56. The Dow Chemical Company | | None | K | T | | | | | |
| 57. Limited Liability Company Units - SRO "(H)" | | | | | | | | | |
| 58. Opperman Consulting LLC | G | Dividend | L | T | | | | | |
| 59. Rowley Family Properties, LLC | | None | L | W | | | | | |
| 60. Stocks and Bonds - Broker Accounts IRA SRO "(H)" | | | | | | | | | |
| 61. Actavis PLC | | None | K | T | Buy | 01/29/13 | J | | |
| 62. | | | | | Sold (part) | 05/20/13 | K | C | |
| 63. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 64. | | | | | Buy (add'l) | 10/01/13 | K | | |
| 65. | | | | | Sold (part) | 10/01/13 | K | A | |
| 66. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 67. ALLERGAN INC, | A | Interest | | | Sold | 08/14/13 | J | A | |
| 68. Allergan Inc | A | Dividend | | | Sold | 08/19/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Apple Computer Inc. | A | Dividend | | | Sold | 01/15/13 | J | C | |
| 70. Biogen Idec Inc. | | None | L | T | Buy | 05/07/13 | J | | |
| 71. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 72. | | | | | Buy (add'l) | 06/26/13 | K | | |
| 73. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 74. | | | | | Sold (part) | 12/05/13 | J | C | |
| 75. BOEING CAP CORP. BONDS | A | Interest | | | Sold | 08/14/13 | J | A | |
| 76. Celgene Corp. | | None | L | T | Buy (add'l) | 01/09/13 | J | | |
| 77. | | | | | Sold (part) | 04/23/13 | J | B | |
| 78. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 79. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 80. | | | | | Buy (add'l) | 10/21/13 | K | | |
| 81. | | | | | Sold (part) | 12/03/13 | K | A | |
| 82. Cerner Corp. | | None | K | T | Buy (add'l) | 08/28/13 | J | | |
| 83. COCA-COLA CO. | A | Interest | | | Sold | 08/14/13 | J | A | |
| 84. Covance | | None | K | T | Buy | 03/18/13 | J | | |
| 85. | | | | | Buy (add'l) | 06/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 87. DIRECTV Class A | | None | K | T | Sold (part) | 02/15/13 | K | A | |
| 88. | | | | | Buy (add'l) | 04/23/13 | K | | |
| 89. | | | | | Buy (add'l) | 05/28/13 | K | | |
| 90. | | | | | Sold (part) | 09/24/13 | K | A | |
| 91. Dollar Tree Inc | | None | K | T | Buy (add'l) | 06/03/13 | J | | |
| 92. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 93. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 94. Dow Chemical Co | B | Dividend | K | T | | | | | |
| 95. EATON CORP. BONDS | A | Interest | | | Sold | 08/14/13 | J | A | |
| 96. Ebay Inc. | | None | K | T | Buy (add'l) | 03/27/13 | J | | |
| 97. | | | | | Sold (part) | 04/18/13 | J | B | |
| 98. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 99. | | | | | Sold (part) | 08/07/13 | J | C | |
| 100. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 101. Euronet Worldwide | | None | K | T | Buy | 06/20/13 | J | | |
| 102. | | | | | Buy (add'l) | 07/15/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 104. | | | | | Sold (part) | 12/03/13 | J | B | |
| 105. F5 Networks Inc. | | None | | | Buy (add'l) | 04/23/13 | J | | |
| 106. | | | | | Sold | 06/03/13 | J | A | |
| 107. FEDEX CORP. | A | Dividend | | | Sold | 08/14/13 | J | A | |
| 108. Gilead Sciences Inc. | | None | L | T | Buy | 07/01/13 | J | | |
| 109. | | | | | Buy (add'l) | 08/07/13 | J | | |
| 110. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 111. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 112. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 113. GLAXOSMITHKLINE CAP INC. BONDS | A | Interest | | | Sold | 08/14/13 | J | A | |
| 114. Google Inc C1 A | | None | L | T | Buy (add'l) | 12/20/13 | K | | |
| 115. Henry Schein | | None | K | T | Buy (add'l) | 10/22/13 | J | | |
| 116. HEWLETT-PACKARD CO. BONDS | A | Interest | | | Sold | 08/14/13 | J | A | |
| 117. Illumina Inc. | | None | K | T | Buy (add'l) | 06/25/13 | J | | |
| 118. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 119. Intuitive Surgical Inc. | | None | | | Sold (part) | 01/29/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/27/13 | K | | |
| 121. | | | | | Sold | 07/15/13 | K | A | |
| 122. iShares MCSI EAFE | A | Dividend | | | Sold | 01/09/13 | J | A | |
| 123. iShares S&P 100 | A | Dividend | K | T | Buy | 04/02/13 | J | | |
| 124. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 125. MCDONALD'S CORP. BONDS | A | Interest | | | Sold | 08/14/13 | J | A | |
| 126. MEDTRONIC INC. BONDS | A | Interest | | | Sold | 08/14/13 | J | A | |
| 127. MICHIGAN ST TAXABLE GO ULT BONDS | A | Interest | | | Sold | 08/14/13 | K | A | |
| 128. MICROS Systems, Inc | | None | | | Sold | 01/09/13 | J | A | |
| 129. MWI Veterinary Supply | | None | K | T | Sold (part) | 01/29/13 | J | A | |
| 130. | | | | | Sold (part) | 04/02/13 | J | C | |
| 131. | | | | | Sold (part) | 06/25/13 | J | B | |
| 132. Neogen Corp. | | None | K | T | | | | | |
| 133. OCCIDENTAL PETROLEUM | A | Interest | | | Sold | 08/14/13 | J | A | |
| 134. Oceaneering Int'l | A | Dividend | K | T | Buy | 08/19/13 | J | | |
| 135. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 136. | | | | | Buy (add'l) | 11/26/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  O'Reilly Automotive Inc | | None | K | T | | | | | |
| 138.  Panera Bread | | None | | | Sold (part) | 06/10/13 | K | C | |
| 139. | | | | | Sold | 08/19/13 | K | C | |
| 140.  PEPSI BOTTLING GROUP LLC BONDS | A | Interest | | | Sold | 08/14/13 | J | A | |
| 141.  PetSmart | A | Dividend | K | T | Buy (add'l) | 01/29/13 | J | | |
| 142. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 143. | | | | | Sold (part) | 11/26/13 | K | A | |
| 144.  Portfolio Recovery Assoc. | | None | | | Sold (part) | 04/02/13 | J | C | |
| 145. | | | | | Sold | 05/30/13 | K | D | |
| 146.  PRAXAIR INC. BONDS | A | Interest | | | Sold | 08/14/13 | J | A | |
| 147.  Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 01/31/13 | J | | |
| 148. | | | | | Sold (part) | 05/30/13 | J | A | |
| 149. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 150. | | | | | Sold (part) | 11/07/13 | J | A | |
| 151.  RBC Money Market | A | Interest | L | T | | | | | |
| 152.  Signature Bank NY | | None | K | T | Buy | 09/24/13 | K | | |
| 153. | | | | | Buy (add'l) | 10/21/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 154. Starbucks | A | Dividend | K | T | Buy (add'l) | 12/20/13 | J | | |
| 155. Stericycle Inc | | None | K | T | Sold (part) | 04/23/13 | J | A | |
| 156. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 157. STRYKER CORP. BONDS | A | Interest | | | Sold | 08/14/13 | J | A | |
| 158. Treasury Bills | A | Interest | | | Sold | 01/07/13 | K | A | |
| 159. Vitamin Shoppe Inc. | | None | | | Buy (add'l) | 04/23/13 | J | | |
| 160. | | | | | Sold | 06/26/13 | K | A | |
| 161. WALGREEN CO. BONDS | A | Interest | | | Sold | 08/01/13 | J | A | |
| 162. Watson Pharm. Inc. | | None | | | Sold | 01/07/13 | K | B | |
| 163. Wright Express Corp. a/k/a WEX Inc. | | None | K | T | Sold (part) | 06/19/13 | J | D | |
| 164. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 165. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 166. YUM BRANDS INC. | A | Dividend | | | Sold | 08/14/13 | J | A | |
| 167. Stocks and Bonds - Broker Accounts IRA DSO "(H)" | | | | | | | | | |
| 168. Actavis PLC | | None | J | T | Buy | 10/01/13 | J | | |
| 169. | | | | | Sold (part) | 10/01/13 | J | A | |
| 170. ALLERGAN INC. - Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Allergan Inc. - Stock | A | Dividend | | | Buy (add'l) | 04/22/13 | J | | |
| 172. | | | | | Sold | 08/19/13 | J | A | |
| 173. Biogen Idec Inc. | | None | J | T | Buy | 05/07/13 | J | | |
| 174. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 175. BOEING CAP CORP. BONDS | A | Interest | J | T | | | | | |
| 176. Celgene Corp. | | None | J | T | Buy (add'l) | 01/09/13 | J | | |
| 177. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 178. Cerner Corp. | | None | J | T | | | | | |
| 179. Covance Inc. | | None | J | T | Buy | 03/18/13 | J | | |
| 180. | | | | | Buy (add'l) | 04/22/13 | J | | |
| 181. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 182. DIRECTV Class A | | None | J | T | Buy | 04/22/13 | J | | |
| 183. | | | | | Buy (add'l) | 05/28/13 | J | | |
| 184. | | | | | Sold (part) | 09/24/13 | J | A | |
| 185. Dollar Tree Inc. | | None | J | T | Buy (add'l) | 06/03/13 | J | | |
| 186. Dreyfus Money Market | A | Interest | J | T | | | | | |
| 187. Ebay Inc. | | None | J | T | Sold (part) | 04/18/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Euronet Worldwide Inc. | | None | J | T | Buy | 06/20/13 | J | | |
| 189. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 190. F5 Network | | None | | | Buy (add'l) | 04/22/13 | J | | |
| 191. | | | | | Sold | 06/03/13 | J | A | |
| 192. Gilead Sciences Inc. | | None | J | T | Buy | 07/01/13 | J | | |
| 193. | | | | | Buy (add'l) | 08/07/13 | J | | |
| 194. Google Inc. Cl A | | None | J | T | | | | | |
| 195. Henry Schein | | None | J | T | | | | | |
| 196. Illumina Inc. | | None | J | T | Buy (add'l) | 06/25/13 | J | | |
| 197. INTEL CORP. | A | Interest | J | T | Buy | 03/18/13 | J | | |
| 198. iShares S&P 100 | A | Dividend | J | T | Buy | 04/02/13 | J | | |
| 199. MCDONALD'S CORP. BONDS | A | Interest | J | T | | | | | |
| 200. MICROS Systems, Inc. | | None | | | Sold | 01/09/13 | J | A | |
| 201. MWI Veterinary Supply | | None | J | T | Sold (part) | 06/25/13 | J | A | |
| 202. Neogen Corp. | | None | J | T | Sold (part) | 11/21/13 | J | A | |
| 203. OCCIDENTAL PETROLEUM | A | Interest | J | T | | | | | |
| 204. Oceaneering Int'l | A | Dividend | J | T | Buy | 08/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 206. O'Reilly Automotive Inc. | | None | J | T | | | | | |
| 207. Panera Bread Co. | | None | | | Sold (part) | 05/30/13 | J | A | |
| 208. | | | | | Sold | 08/19/13 | J | A | |
| 209. Petsmart | A | Dividend | J | T | Sold (part) | 11/26/13 | J | A | |
| 210. PFIZER Bonds | A | Interest | | | Sold | 12/16/13 | J | A | |
| 211. Portfolio Recovery Assoc. | | None | | | Sold | 04/02/13 | J | A | |
| 212. PROCTOR & GAMBLE CO. BONDS | A | Interest | J | T | | | | | |
| 213. Qualcomm Inc. | A | Dividend | J | T | Sold (part) | 11/07/13 | J | A | |
| 214. SPDR Gold Trust | | None | | | Sold | 04/22/13 | J | A | |
| 215. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 05/30/13 | J | A | |
| 216. Stericycle | | None | J | T | | | | | |
| 217. Vitamin Shoppe Inc. | | None | | | Buy (add'l) | 04/22/13 | J | | |
| 218. | | | | | Sold | 06/26/13 | J | A | |
| 219. Watson Pharm. Inc. | | None | | | Sold | 01/07/13 | J | A | |
| 220. WEYERHAEUSER CO. | A | Dividend | J | T | Buy | 12/19/13 | J | | |
| 221. Wright Express Corp. a/k/a WEX Inc. | | None | J | T | Sold (part) | 06/19/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 223. YUM! BRANDS INC. | A | Dividend | J | T | | | | | |
| 224. Broker Account - DSO and SRO "(H)" | | | | | | | | | |
| 225. Accenture LTD Cl A | A | Dividend | K | T | | | | | |
| 226. Actavis Inc. | | None | | | Buy | 05/02/13 | K | | |
| 227. | | | | | Sold (part) | 05/23/13 | K | C | |
| 228. | | | | | Buy (add'l) | 10/01/13 | K | | |
| 229. | | | | | Sold | 10/01/13 | K | A | |
| 230. Allergan | A | Dividend | | | Buy | 07/18/13 | K | | |
| 231. | | | | | Sold | 10/29/13 | K | A | |
| 232. AmBev Prf ADR | A | Dividend | | | Sold (part) | 05/03/13 | J | A | |
| 233. | | | | | Sold | 12/20/13 | K | A | |
| 234. American Tower Corp. | A | Dividend | K | T | Buy | 06/21/13 | J | | |
| 235. Apple Computer Inc. | A | Dividend | K | T | Buy (add'l) | 02/26/13 | J | | |
| 236. | | | | | Sold (part) | 09/10/13 | K | A | |
| 237. | | | | | Buy (add'l) | 10/15/13 | K | | |
| 238. | | | | | Buy (add'l) | 12/03/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. ARM Hldgs PLC | A | Dividend | K | T | Buy (add'l) | 01/07/13 | K | | |
| 240. | | | | | Sold (part) | 01/18/13 | K | A | |
| 241. | | | | | Buy (add'l) | 04/17/13 | K | | |
| 242. | | | | | Sold (part) | 05/20/13 | K | C | |
| 243. | | | | | Buy (add'l) | 06/10/13 | K | | |
| 244. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 245. | | | | | Sold (part) | 09/12/13 | K | C | |
| 246. Avago Technologies Ltd. | A | Dividend | K | T | Buy | 09/19/13 | K | | |
| 247. | | | | | Buy (add'l) | 10/14/13 | J | | |
| 248. Baker Hughes Inc. | A | Dividend | | | Buy | 02/19/13 | K | | |
| 249. | | | | | Sold | 04/15/13 | K | A | |
| 250. Banco Bradesco | A | Dividend | | | Buy (add'l) | 05/03/13 | J | | |
| 251. | | | | | Sold (part) | 07/25/13 | J | A | |
| 252. | | | | | Sold | 12/20/13 | J | A | |
| 253. Baxter Int'l Inc. | A | Dividend | J | T | | | | | |
| 254. Becton Dickinson | A | Dividend | K | T | Buy | 07/01/13 | J | | |
| 255. | | | | | Buy (add'l) | 10/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. BlackRock Inc. | A | Dividend | | | Sold | 01/08/13 | K | A | |
| 257. Boeing Co. | A | Dividend | J | T | Buy | 03/20/13 | K | | |
| 258. | | | | | Sold (part) | 07/24/13 | J | B | |
| 259. Bristow Group | A | Dividend | J | T | Buy | 12/26/13 | J | | |
| 260. Canadian Nat'l Railway | A | Dividend | K | T | Buy | 10/23/13 | J | | |
| 261. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 262. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 263. Celegene Corp. | | None | | | Buy | 01/04/13 | K | | |
| 264. | | | | | Buy (add'l) | 02/20/13 | J | | |
| 265. | | | | | Sold (part) | 02/26/13 | K | A | |
| 266. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 267. | | | | | Sold | 07/29/13 | K | D | |
| 268. Cerner Corp. | | None | K | T | Buy (add'l) | 09/27/13 | J | | |
| 269. Check Point Software | | None | K | T | Buy | 10/21/13 | K | | |
| 270. Chevron Texaco Corp. | A | Dividend | K | T | | | | | |
| 271. Chicago Bridge & Iron NY | A | Dividend | K | T | Buy | 03/26/13 | J | | |
| 272. | | | | | Buy (add'l) | 04/04/13 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,000 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 274. | | | | | Sold (part) | 06/04/13 | J | A | |
| 275. CIA Sanegmento Basico ADR | | None | | | Buy | 03/26/13 | J | | |
| 276. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 277. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 278. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 279. | | | | | Sold | 11/08/13 | K | A | |
| 280. Cisco | A | Dividend | | | Sold | 05/23/13 | J | B | |
| 281. Coca Cola | A | Dividend | | | Sold | 05/23/13 | K | B | |
| 282. Comcast Corp | A | Dividend | K | T | Buy (add'l) | 02/13/13 | J | | |
| 283. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 284. Companhia Brasiteira-SP PRF | A | Dividend | J | T | Buy (add'l) | 05/21/13 | J | | |
| 285. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 286. | | | | | Sold (part) | 07/29/13 | J | A | |
| 287. Core Labs | A | Dividend | L | T | Buy | 02/15/13 | J | | |
| 288. | | | | | Buy (add'l) | 04/18/13 | K | | |
| 289. | | | | | Buy (add'l) | 07/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. CVS Corp. | A | Dividend | J | T | Sold (part) | 01/08/13 | J | B | |
| 291. | | | | | Sold (part) | 05/01/13 | J | C | |
| 292. Diageo PLC ADR | A | Dividend | J | T | Sold (part) | 06/04/13 | J | A | |
| 293. | | | | | Sold (part) | 07/25/13 | J | A | |
| 294. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 295. Eaton | A | Dividend | K | T | Buy (add'l) | 04/10/13 | K | | |
| 296. Ebay Inc. | | None | K | T | Buy (add'l) | 04/11/13 | K | | |
| 297. | | | | | Sold (part) | 12/20/13 | K | A | |
| 298. Enerplus Resources Fund | A | Dividend | J | T | | | | | |
| 299. Enterprise Prod | A | Dividend | J | T | | | | | |
| 300. Exxon Mobil Corp | A | Dividend | J | T | Sold (part) | 12/13/13 | J | A | |
| 301. F5 Networks Inc. | | None | | | Sold | 02/04/13 | K | C | |
| 302. Fomento Eco Mexicano | A | Dividend | K | T | Sold (part) | 05/21/13 | J | A | |
| 303. | | | | | Sold (part) | 06/18/13 | J | A | |
| 304. Fresenius Med Care ADR | A | Dividend | | | Sold | 04/18/13 | J | A | |
| 305. General Dynamics | A | Dividend | K | T | Buy | 09/10/13 | K | | |
| 306. Gilead Sciences Inc. | | None | K | T | Buy | 08/13/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Google | | None | J | T | | | | | |
| 308. Health Care REIT | A | Dividend | | | Buy | 08/30/13 | K | | |
| 309. | | | | | Buy (add'l) | 09/19/13 | K | | |
| 310. | | | | | Sold | 12/03/13 | K | A | |
| 311. Hershey Co | A | Dividend | K | T | | | | | |
| 312. Home Depot Inc. | A | Dividend | K | T | Buy | 12/26/13 | K | | |
| 313. Hormel Foods Corp. | A | Dividend | K | T | | | | | |
| 314. Illumina Inc. | A | Dividend | | | Buy | 01/07/13 | J | | |
| 315. | | | | | Sold | 07/12/13 | J | C | |
| 316. Isabella Bank Corporation | A | Dividend | K | T | | | | | |
| 317. iShares FTSE/China 25 | A | Dividend | J | T | Sold (part) | 04/16/13 | J | A | |
| 318. iShares MCSI EAFE | B | Dividend | K | T | Buy (add'l) | 12/20/13 | J | | |
| 319. iShares MSCI Emerging | A | Dividend | | | Sold (part) | 03/16/13 | K | A | |
| 320. | | | | | Sold | 04/02/13 | J | A | |
| 321. iShares MSCI EU Financial | A | Dividend | J | T | Buy | 06/18/13 | K | | |
| 322. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 323. Japan Index | A | Dividend | K | T | Buy (add'l) | 05/28/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 325. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 326. Kinder Morgan Energy Partners | B | Dividend | K | T | | | | | |
| 327. Kraft Foods Inc. | A | Dividend | | | Buy (add'l) | 05/03/13 | K | | |
| 328. | | | | | Sold | 09/19/13 | K | B | |
| 329. Lindsay Corp. | A | Dividend | | | Buy (add'l) | 02/19/13 | J | | |
| 330. | | | | | Sold | 09/26/13 | K | A | |
| 331. Luxottica Group A | A | Dividend | J | T | Sold (part) | 03/26/13 | J | C | |
| 332. | | | | | Sold (part) | 10/08/13 | K | D | |
| 333. McKesson Corp. | A | Dividend | K | T | Buy | 03/20/13 | J | | |
| 334. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 335. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 336. McDonald's Corp. | A | Dividend | J | T | | | | | |
| 337. Microsoft Corp. | A | Dividend | K | T | Sold (part) | 04/04/13 | K | A | |
| 338. Mindray Medical Int'l | A | Dividend | | | Buy | 03/26/13 | J | | |
| 339. | | | | | Buy (add'l) | 04/16/13 | K | | |
| 340. | | | | | Sold (part) | 06/04/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 12/13/13 | J | A | |
| 342. | | | | | Sold | 12/18/13 | K | A | |
| 343. Mondelez International | A | Dividend | J | T | | | | | |
| 344. NICE Systems Ltd | A | Dividend | K | T | Sold (part) | 02/15/13 | J | A | |
| 345. Nike Inc. | A | Dividend | K | T | Buy (add'l) | 03/26/13 | J | | |
| 346. | | | | | Sold (part) | 12/03/13 | K | D | |
| 347. Novo-Nordisk ADR | A | Dividend | K | T | Buy (add'l) | 01/22/13 | J | | |
| 348. | | | | | Sold (part) | 06/19/13 | K | B | |
| 349. OCCIDENTAL PETROLEUM | A | Dividend | | | Buy | 01/31/13 | K | | |
| 350. | | | | | Sold | 04/04/13 | K | A | |
| 351. Omnicom Group Inc. | A | Dividend | K | T | | | | | |
| 352. Oneok Partners LP | B | Dividend | K | T | | | | | |
| 353. Open Text Corp. | A | Dividend | J | T | Sold (part) | 04/25/13 | K | B | |
| 354. Oracle Corp. | A | Dividend | J | T | Sold (part) | 06/24/13 | J | A | |
| 355. Perrigo Co. | A | Dividend | K | T | Buy (add'l) | 12/16/13 | K | | |
| 356. | | | | | Sold (part) | 12/19/13 | K | D | |
| 357. Praxair Inc. | A | Dividend | J | T | Sold (part) | 02/19/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Qualcomm Inc. | A | Dividend | J | T | Sold (part) | 02/04/13 | J | A | |
| 359. Rayonier Inc. | A | Dividend | | | Sold | 11/08/13 | J | A | |
| 360. Rentech Nitrogen Partners | A | Dividend | J | T | Buy | 01/07/13 | J | | |
| 361. Roche Holdings LTD | A | Dividend | K | T | Buy | 07/25/13 | J | | |
| 362. | | | | | Buy (add'l) | 09/24/13 | K | | |
| 363. Ross Stores | A | Dividend | K | T | Buy | 12/03/13 | K | | |
| 364. S&P 500 Trust | A | Dividend | J | T | | | | | |
| 365. SAP AG ADR a/k/a SAP Aktiengesellschaft | A | Dividend | J | T | Buy | 04/03/13 | K | | |
| 366. | | | | | Sold (part) | 06/04/13 | J | A | |
| 367. Schlumberger Ltd. | A | Dividend | K | T | Buy | 08/14/13 | K | | |
| 368. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 369. Shire LTD-ADR | A | Dividend | K | T | Sold (part) | 04/04/13 | J | A | |
| 370. | | | | | Buy (add'l) | 05/21/13 | K | | |
| 371. | | | | | Buy (add'l) | 08/09/13 | J | | |
| 372. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 373. | | | | | Sold (part) | 10/24/13 | K | D | |
| 374. | | | | | Sold (part) | 10/25/13 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. SPDR Gold Trust | | None | | | Sold | 04/15/13 | K | A | |
| 376. Starbucks Corp. | A | Dividend | | | Buy (add'l) | 04/26/13 | J | | |
| 377. | | | | | Sold (part) | 05/23/13 | J | A | |
| 378. | | | | | Sold (part) | 07/17/13 | J | B | |
| 379. | | | | | Sold | 07/24/13 | K | C | |
| 380. T Rowe Price Group | A | Dividend | | | Sold | 01/29/13 | K | A | |
| 381. Target Corp | A | Dividend | | | Sold (part) | 03/26/13 | J | A | |
| 382. | | | | | Sold | 09/19/13 | J | B | |
| 383. Teekay Offshore | A | Dividend | J | T | | | | | |
| 384. Toronto-Dominion Bank | A | Dividend | K | T | Buy (add'l) | 10/08/13 | J | | |
| 385. Total SA ADR | A | Dividend | K | T | | | | | |
| 386. Total System Services, Inc. | A | Dividend | K | T | Buy (add'l) | 07/11/13 | J | | |
| 387. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 388. Towers Watson & Co. | A | Dividend | | | Buy | 04/04/13 | J | | |
| 389. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 390. | | | | | Sold (part) | 07/16/13 | K | C | |
| 391. | | | | | Buy (add'l) | 09/09/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 09/23/13 | K | C | |
| 393. Tupperware Brands | A | Dividend | | | Sold (part) | 02/20/13 | K | A | |
| 394. | | | | | Sold (part) | 02/26/13 | J | A | |
| 395. | | | | | Sold | 08/15/13 | K | C | |
| 396. Unilever NV | A | Dividend | J | T | Sold (part) | 06/04/13 | K | B | |
| 397. | | | | | Sold (part) | 08/09/13 | J | B | |
| 398. UnitedHealth Group | A | Dividend | | | Sold | 01/03/13 | K | A | |
| 399. Union Pacific Corp. | A | Dividend | K | T | Buy | 04/25/13 | J | | |
| 400. | | | | | Buy (add'l) | 05/07/13 | K | | |
| 401. United Technologies | A | Dividend | J | T | Buy | 03/20/13 | J | | |
| 402. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 403. Verizon | B | Dividend | K | T | Sold (part) | 05/01/13 | J | A | |
| 404. Wal-Mart Stores Inc. | A | Dividend | K | T | Sold (part) | 04/18/13 | J | A | |
| 405. Watson Pharm. Inc. | | None | | | Sold | 01/07/13 | K | B | |
| 406. Retirement Funds "(H)" | | | | | | | | | |
| 407. ABBVIE Inc., | A | Dividend | J | T | Spinoff (from line 408) | 01/02/13 | J | | |
| 408. Abbott Labs | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. BP Prudhoe | A | Dividend | J | T | | | | | |
| 410. Bristol Myers | A | Dividend | K | T | | | | | |
| 411. Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 412. Chesapeake Utils Corporation | A | Dividend | J | T | | | | | |
| 413. Cisco Systems | A | Dividend | J | T | | | | | |
| 414. Citadel Broadcasting Corporation | | None | J | T | | | | | |
| 415. Clearbridge Energy MLP | A | Dividend | J | T | | | | | |
| 416. Cleco Corporation New | A | Dividend | J | T | | | | | |
| 417. Cliffs Natural Resources | A | Dividend | J | T | | | | | |
| 418. Conagra | A | Dividend | J | T | Buy | 10/10/13 | J | | |
| 419. Conoco Phillips | A | Dividend | | | Sold | 02/15/13 | J | A | |
| 420. Consolidated Edison | B | Dividend | K | T | | | | | |
| 421. Consolidated Water Company | A | Dividend | J | T | | | | | |
| 422. Disney Walt Company Com Disney | A | Dividend | J | T | | | | | |
| 423. Dominion Res Incorporated | B | Dividend | K | T | | | | | |
| 424. Dreyfus Treas Prime Cash | A | Dividend | L | T | | | | | |
| 425. Exxon Mobil - IRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  First Industrial Realty Trust | | None | | | Sold | 01/07/13 | J | A | |
| 427.  Frontline | A | Dividend | | | Sold | 01/07/13 | J | A | |
| 428.  Getty Realty | A | Dividend | J | T | | | | | |
| 429.  Gov. Properties Income Trust | B | Dividend | K | T | | | | | |
| 430.  Healthcare Rlty Tr Reit | A | Dividend | J | T | | | | | |
| 431.  Heritage Cash Trust | A | Interest | K | T | | | | | |
| 432.  Integrys | A | Dividend | K | T | | | | | |
| 433.  International Paper Co. | A | Dividend | K | T | | | | | |
| 434.  J.P. Morgan Certificate of Deposit | | None | K | T | | | | | |
| 435.  Kimberly Clark | A | Dividend | J | T | Sold (part) | 04/01/13 | J | A | |
| 436.  Kinder Morgan | A | Dividend | J | T | | | | | |
| 437.  Knightsbridge Tankers Limited | B | Dividend | J | T | | | | | |
| 438.  Linnco LLC | B | Dividend | K | T | Buy (add'l) | 12/20/13 | J | | |
| 439.  Merck & Co. | A | Dividend | K | T | Buy | 04/01/13 | J | | |
| 440.  Nationwide Health Pptys; Merged with Ventas | B | Dividend | K | T | | | | | |
| 441.  Nisource Incorporated | A | Dividend | J | T | | | | | |
| 442.  Occidental Petroleum | A | Dividend | K | T | Buy | 02/15/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 35

Name of Person Reporting

Opperman, Daniel S.

Date of Report

05/08/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Paychex, Inc. | A | Dividend | J | T | | | | | |
| 444. Permian Basin | A | Dividend | | | Sold | 01/07/13 | J | A | |
| 445. Petroleum & Res Corporation | A | Dividend | J | T | | | | | |
| 446. Phillips 66 | A | Dividend | J | T | | | | | |
| 447. Plum Creek Timber Co. | A | Dividend | K | T | | | | | |
| 448. Raymond James Bank Deposit Program | A | Interest | M | T | | | | | |
| 449. Realty Income Corp. | B | Dividend | J | T | Buy (add'l) | 12/20/13 | J | | |
| 450. S&P 500 Trust | A | Dividend | J | T | | | | | |
| 451. Ship Finance International | B | Dividend | J | T | | | | | |
| 452. Southern Company | A | Dividend | J | T | | | | | |
| 453. SPDR Gold Trust | | None | K | T | | | | | |
| 454. Spectra Energy | A | Dividend | J | T | | | | | |
| 455. Teco Energy Incorporated | A | Dividend | J | T | | | | | |
| 456. Teekay Offshore | A | Dividend | J | T | | | | | |
| 457. Tortoise Energy | B | Dividend | K | T | | | | | |
| 458. T. Rowe Price - Latin America - IRA | A | Dividend | K | T | | | | | |
| 459. Vanguard Group - Energy Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Waste Management | A | Dividend | J | T | | | | | |
| 461. Wells Fargo Certificate of Deposit | | None | J | T | | | | | |
| 462. Wisdom Tree | A | Dividend | J | T | Buy | 12/20/13 | J | | |
| 463. Dow Chemical Retirement Health Care Assoc. | | None | J | T | | | | | |
| 464. Dow Chemical Elective Deferral Plan | | None | J | T | | | | | |
| 465. Freeland State Bank - Certificate of Deposit - IRA | A | Dividend | K | T | | | | | |
| 466. YUM, Inc | | None | J | T | | | | | |
| 467. Auto Owners Insurance - Annuity | A | Interest | K | T | | | | | |
| 468. SEP-IRA - SRO "(H)" | | | | | | | | | |
| 469. BNY Deposit | A | Interest | J | T | | | | | |
| 470. Health Care Select | A | Dividend | J | T | Buy (add'l) | 05/02/13 | J | | |
| 471. iShares MSCI EAFE | A | Dividend | J | T | | | | | |
| 472. iShares MSCI Emerging Mkts | A | Dividend | J | T | Sold (part) | 04/04/13 | J | A | |
| 473. iShares S&P 500 Growth Index | A | Dividend | J | T | Buy (add'l) | 05/02/13 | J | | |
| 474. iShares Russell 1000 | A | Dividend | K | T | Buy (add'l) | 05/02/13 | J | | |
| 475. iShares Russell 2000 | A | Dividend | K | T | Buy (add'l) | 04/15/13 | J | | |
| 476. Japan Index (ETF) | A | Dividend | J | T | Buy (add'l) | 04/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 478. | | | | | Buy (add'l) | 05/28/13 | J | | |
| 479. SPDR Gold Trust | | None | J | T | Sold (part) | 04/15/13 | J | A | |
| 480. WisdomTree India Earnings Fund | A | Dividend | | | Sold | 04/04/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/08/2014 |

# FINANCIAL DISCLOSURE REPORT

Page 35 of 35

Name of Person Reporting

Opperman, Daniel S.

Date of Report

05/08/2014

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel S. Opperman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544